**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: ADOPTION OF V.W., A/K/A V.W. | : | No. 462 WAL 2017 |
| | : | |
| | : | |
| PETITION OF: V.W., NATURAL FATHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 6th day of February, 2018, the Petition for Allowance of Appeal is **DENIED**.